FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 0 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. **'08 - CV - 02679** BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

DEAN CARBAJAL,

    Plaintiff,

v.

UNKNOWN MEMBERS OF THE DENVER COUNTY BOARD OF COUNTY
    COMMISSIONERS,
GILBERTO LUCIO,
RICHARD T. BOEHNLEIN,
RANJAN R. FORD,
ROBERT A. SALAZAR,
DANIEL E. ROSENBERG,
UNKNOWN MEMBERS OF THE JEFFERSON COUNTY BOARD OF COUNTY
    COMMISSIONERS FOR THE CITY OF ARVADA AND JEFFERSON COUNTY,
JOURDAN LOPEZ-BASGALL,
A.J. DEANDRE,
PATRICK MEESTER,
TOM FERRELL,
JEFF HERRON,
LEONARD MARTINEZ,
SARA GARRIDO,
THEA REIFF,
BRIAN DOMINGUEZ,
MRYL SERRA,
UNKNOWN MONTROSE POLICE OFFICER,
UNKNOWN MEMBER OF MONTROSE COUNTY BOARD OF COUNTY
    COMMISSIONERS FOR THE COUNTY OF MONTROSE,
UNKNOWN DELTA POLICE OFFICER,
CHRIS WELDON,
BILL RAILEY,
UNKNOWN MEMBERS FOR THE BOARD OF COUNTY COMMISSIONER FOR THE
    CITY AND COUNTY OF DELTA,
JOE QUINTANA,
CARROL WARNER,
DAVID ROMERO,
STEVEN J. PATRICK,

CHARLES GREENACRE,
SANDRA MILLER,
JAMES SCHUM,
MANDY ALLEN, and
BILL RITTER,

       Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C.?? §1915, a letter to the court, and a Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

### 28 U.S.C. § 1915 Motion and Affidavit:
(1)   __   is not submitted
(2)   __   is missing affidavit
(3)   X   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   __   is missing required financial information
(5)   __   is missing an original signature by the prisoner
(6)   X   is not on proper form (must use the court's current form)
(7)   __   names in caption do not match names in caption of complaint, petition or habeas application
(8)   __   An original and a copy have not been received by the court. Only an original has been received.
(9)   __   other:_____.

### Complaint, Petition or Application:
(10)   __   is not submitted
(11)   X   is not on proper form (must use the court's current form)

(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following form(s): Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915; Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 8th day of December, 2008.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-CV-02679

Dean Carbajal
605 Barbara Court Apt E
Montrose, CO 81401

Dean Carbajal
P.O. Box 172
Delta, CO 81416

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and the Prisoner Complaint forms** to the above-named individuals on 12/16/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk